IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DENNIS HUTCHINSON                                                                                          PETITIONER
ADC#143206

v.                                              NO. 5:13CV00052 JLH/BD

RAY HOBBS, Director,
Arkansas Department of Correction                                                                    RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere; has considered Dennis Hutchinson's objections to the Recommendation; and has reviewed *de novo* those portions of the Recommendation to which Hutchinson objects. After careful consideration, this Court adopts the Recommendation as its own. Hutchinson's petition for writ of habeas corpus is dismissed with prejudice. Document #2.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this Court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED this 3rd day of October, 2013.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE